IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AJ RUETH,

    Plaintiff,

v.

    Case No. 20-cv-609-jdp

KRISTINE METZ and RACHEL WILSON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice.

| /s/ | 6/23/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |